IN THE UNITED STATES FEDERAL COURT OF CLAIMS
Northern DISTRICT of ALABAMA
SOUTHERN DIVISION

Frankie Thomas Rogers
    Plaintiff

CASE NUMBER

versus

THE UNITED STATES
CITY OF TARRANT, a political subdivision
    Defendant

COMPLAINT

CV-11-HS-2435-S

## JURISDICTION

The plaintiff, Frankie Thomas Rogers, an American National is a sojourner in the Republic of Alabama.

The United States is a private corporation (see 28 USC 3002(15), located in the District of Columbia (19 Corpus Juris Secundum 541 and Uniform Commercial Code 1 – 903), established under Article 1, section 17, clause 8 of the Constitution for the United States of America.

The City of Tarrant is a political subdivision of the State of Alabama which in turn is a political subdivision of the United States and is joined in this suit as the primary party and the primary offender.

## FACTS

On or about the middle of July 2009 the plaintiff was detained by the City of Tarrant on Highway 79 due to the plaintiff attempting to repossess an automobile that had been sold to a lady on time, and said lady had failed to make the installment payments required. The City of Tarrant arrested the plaintiff and charged him with theft of property. The

plaintiff attended the Municipal Court at the City of Tarrant and had won the case. However, the magistrate judge demanded that the plaintiff signed a release of suing the city of Tarrant from any wrongdoing. The plaintiff declined. The magistrate judge reversed his decision, found the plaintiff guilty and imposed the fine of $500. and cost. He further warned the plaintiff not to appeal and stated that it would cost him thousands of dollars if he attempted to do so. Plaintiff appealed.

When the plaintiff appeared in the Circuit Court of Jefferson County, he fully expected to be in a court of competent jurisdiction which would include a Circuit Court Judge, duly elected and/or appointed with the appropriate oath of office for the seat in which the judge set. Upon investigation, the plaintiff found that the judge sitting in the circuit judge seat had been elected as a District Court judge, and had never taken the seat of a District Court judge. Said Judge, David Lichtenstein, had immediately been appointed to and seated in a Circuit Court judge seat. Said Judge has been sitting in said seat for almost 2 terms (six years each) without having ever taken the oath of office for Circuit Court Judge. The plaintiff filed an appeal from the Circuit Court to the Court of Criminal Appeals along with the petition to proceed *in forma pauperus*, and along with said appeal filed a petition for *quo warranto* against said Judge for his failure to obtain an oath of office for the seat in which he is sitting. Said Judge, without any investigation or reasoning, refused plaintiff's petition to proceed *in forma pauperus*, in an effort to evade the *quo warranto* from being filed against him in this matter. Plaintiff has been granted *in forma pauperus* in other court cases and if the judge would have checked would have found that to be the case. The plaintiff petition the Court of Criminal Appeals to approve

his *in forma pauperus* for the reasons cited above in the higher court, said court declined, denying the plaintiff's rights to due process, the equal protection under the law, right to own property, theft of property, right of redress of grievance and violated Article 1, Section 13 of the Alabama Constitution. The court's further violated Article 1, Section 10 of the Constitution for the United States of America, and amendment 1, amendment 4, amendment 6, amendment 8, amendment 9, amendment 10, amendment 14, and Article 6, paragraph 2 and three of the Constitution for the United States of America, engaging in an act of treason and further violated Title 42 Section 1981, 1983, 1985 and 1986.

## RELIEF DEMANDED

The plaintiff, in exercising his rights to property, and the right to contract, and the right to execute a contract, has been objected to the disturbance of his piece by lifeless entities known as the Municipal Court of the City of Tarrant, the Circuit Court of the State of Alabama and the Court of Criminal Appeals of the State of Alabama for the exercising of said constitutional rights. The plaintiff demands of this court to order these fictitious entities to cease and desist from the disturbance of my peace, restore his property, compensate him for his injuries and cost of defending his rights.

Further, all lifeless entities, and men, who by their own free will, consent to being of a lower status are immediately to stop disturbing this Kings peace, and committing trespass against this Superior Sovereign.

If my initial orders to a competent court of jurisdiction are flawed they are to be modified in my best interest.

As I know you will act in my best interest I will leave the details to you, and await your report on the findings of fact, and conclusions of law. If my assistance is required feel free to contact the man Frankie Thomas at 205-453-2163.

If other documents are required please find and bring them into the light of day. I await your prompt reply.

Respectfully,

*Frankie Thomas Rogers*

Frankie Thomas: Rogers, a man on the land, a qualified elector and an American National

14825 Hwy 75
Remlap, AL 35133
205 427-4441